

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Justin Ryan Myers, Appellant

No. 06-21-00104-CR          v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 27686). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Carter* participating.          *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment and the bill of costs by deleting the time payment fees.  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Justin Ryan Myers, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED MAY 11, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk